TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00357-CV

Donna Morell, Appellant

v.

Calli Ann Ricci, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY,

NO. 227,520, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING 

PER CURIAM

 Because appellant has failed to file a brief, we will dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on August 24, 1999. 
Appellee filed a motion for dismiss this appeal for want of prosecution on April 14, 2000. On
May 25, 2000, this Court granted appellant's final motion for extension of time to file brief to and
including June 30, 2000, with the notation, " we will grant no further extensions of time to file
the appellant's brief," and further stipulated that failure to do so will result in the appeal being
subject to dismissal for want of prosecution based on Ricci's pending motion to dismiss.

 Thus far, appellant has not submitted a brief.

 Accordingly, we grant appellee's motion and dismiss the appeal for want of
prosecution. See id. 42.3(b).

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed for Want of Prosecution

Filed: August 31, 2000

Do Not Publish